IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Rogers, LaTonia | Case Number:  05 B 13258 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  4/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 6, 2008
Confirmed: May 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,420.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,452.89 |
| Priority: | | 0.00 |
| Administrative: | | 1,450.00 |
| Trustee Fee: | | 157.11 |
| Other Funds: | | 360.00 |
| Totals: | 3,420.00 | 3,420.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Doyle, Ltd. | Administrative | 1,450.00 | 1,450.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 103.49 | 342.41 |
| 4. | America's Financial Choice Inc | Unsecured | 156.65 | 518.29 |
| 5. | Nationwide Acceptance Corp | Unsecured | 91.32 | 302.15 |
| 6. | RoundUp Funding LLC | Unsecured | 87.66 | 290.04 |
| 7. | Credit Collection | Unsecured | | No Claim Filed |
| 8. | Cash To Go | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Key Finance | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 13. | Triad Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 1,889.12 | $ 2,902.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 8.04 |
| 5.5% | 22.26 |
| 5% | 6.71 |
| 4.8% | 12.86 |
| 5.4% | 107.24 |
| | _____ |
| | $ 157.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Rogers, LaTonia | Case Number:  05 B 13258 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  4/7/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

